## GLOTZBACK *v.* FOSTER.

The Supreme Court will not examine errors assigned on appeal, where, after the service of the notice of appeal, the parties stipulated that all errors in the record, referee's report, decree and judgment, were waived.

APPEAL from the District Court of the Fourteenth Judicial District, County of Nevada.

In this case the notice of appeal was served on the Respondent's attorneys on the 15th day of May, 1858, and on the 23d day of May, 1858, the following stipulation was filed in the clerk's office of the Court below:

" *Glotzback* v. *Foster*—It is hereby stipulated and agreed between the parties hereto, that defendant is entitled to a credit of one hundred and fifty dollars on the execution in this case, being the amount claimed in defendant's answer. Hereby waiving all errors in record and referee returns of amount due, also decree and execution made May 23d, 1858.      McCONNELL & STEWART,
*Attorneys for Defendant.*
BUCKNER & HILL,
*Attorneys for Plaintiff.*"

*McConnell & Niles* for Appellants.

*Buckner & Hill* for Respondent.

TERRY, C. J., delivered the opinion of the Court—FIELD, J., concurring.

It is not necessary to examine the errors assigned in this case, for the reason that it appears from the record that after service of the notice of appeal the parties filed a stipulation, in which it was agreed that defendant should be credited on the execution, in the sum of one hundred and fifty dollars, and that all errors in the " record, referee's report, decree and judgment," were waived.

Judgment affirmed.